UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    Nikki F. Stern,                           :     Chapter 13
        Debtor.                               :
                                              :     Bankruptcy No. 18-17693-mdc

## **ORDER**

**AND NOW**, this    6th    day of    August   , 2019, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Patricia M. Mayer, attorney for Debtor, and after notice and hearing, it is hereby,

**ORDERED** that compensation in the amount of $3,500.00, of which $2,000.00 has been paid, is approved as fair, reasonable and necessary in connection with this case and meets the requirements of Bankruptcy Rule 2016. The Chapter 13 Standing Trustee is hereby authorized and ordered to pay $1,500.00 to Patricia M. Mayer, Esquire in accordance with the terms of the confirmed plan.

                                                        Magdeline D. Coleman
                                                        Chief United States Bankruptcy Judge

<u>Interested Parties</u>:

Patricia M. Mayer, Esq.                         William C. Miller, Esquire
PATRICIA M. MAYER, P.C.                  Chapter 13 Standing Trustee
301 Oxford Valley Road, Suite 203B      PO Box 1229
Yardley, PA 19067                                 Philadelphia, PA   19105

Nikki F. Stern
146 Blue Ribbon Drive
N. Wales, PA   19454